UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW VINCENT SALINAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. COLEMAN, et. al,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00905-AWI-JLT (PC)<br><br>**FINDINGS AND RECOMMENDATIONS OF DISMISSAL AS TO CERTAIN DEFENDANTS**<br><br>(Docs. 10, 12 and 13)<br><br>**ORDER FINDING SERVICE OF THE COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION WITHIN THIRTY DAYS**<br><br>(Docs. 10, 12, and 13). |

Plaintiff Matthew Vincent Salinas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his first amended complaint on October 18, 2012. (Doc. 10). The Court screened the complaint pursuant to 28 U.S.C. § 1915A(a) on April 15, 2013. (Doc. 12). The Court found the complaint stated a cognizable Eighth Amendment claim against Defendant Green and dismissed Plaintiff's claims as to Defendants Reyes, Coleman, Baniga, and the California Department of Corrections and Rehabilitation ("CDCR"). Id. at 12. The Court also dismissed Plaintiff's California medical malpractice claim against Defendant Green. Id. Plaintiff was ordered to notify the Court in writing whether he wished to proceed on his cognizable claim or file a second amended complaint to address the deficiencies outlined by the Court. Id.

Plaintiff timely filed his response with the Court on May 3, 2013. (Doc. 13.) Plaintiff indicates he wishes to proceed on his cognizable Eighth Amendment claim as to Defendant Green. Id. In addition, Plaintiff requests dismissal of his claims against Defendants Reyes, Coleman, Baniga and the CDCR and his medical malpractice claim against Defendant Green. Id.

Therefore, service of Plaintiff's Eighth Amendment claim only is appropriate for Defendant Green. Given that Plaintiff declined to consent to the jurisdiction of the Magistrate Judge, (Doc. 5), the Magistrate Judge finds that **DISMISSAL** of Plaintiff's claims again Defendants Reyes, Coleman, Baniga and the CDCR, and his California medical malpractice claim against Defendant Green is appropriate.

## ORDER

Accordingly, it is HEREBY **ORDERED** that:

1. Service of Plaintiff's Eighth Amendment claim only as to Defendant Green shall be initiated;

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, one (1) Notice of Submission of Documents form, an instruction sheet, and a copy of the endorsed first amended complaint filed on October 18, 2012. (Doc. 10);

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed USM-285 form for each defendant listed above;

    b. One completed summon for each defendant listed above; and

    c. Two (2) copies of the endorsed complaint;

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshall to serve Defendant pursuant to Fed. R. Civ. P. 4 without payment of costs; and

5. **Plaintiff is cautioned that failure to comply with this order will result in the dismissal of this action.**

**RECOMMENDATION**

Accordingly, the Court recommends the matter be **DISMISSED** as to Defendants Reyes, Coleman, Baniga and the CDCR and be **DISMISSED** as to the state law medical malpractice claim against Defendant Green.  It is also **RECOMMENDED** that Defendants Reyes, Coleman, Baniga and the CDCR be terminated as parties to this matter.

IT IS SO ORDERED.

Dated: __**May 6, 2013**__                           _____**/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE