UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW VINCENT SALINAS,<br><br>   Plaintiff,<br><br>   v.<br><br>D. COLEMANT, et al.,<br><br>   Defendants. | Case No.: 1:12-cv-0905 - AWI- JLT (PC)<br><br>ORDER TO SHOW CAUSE RE SUBMISSION OF DOCUMENTS<br><br>(Doc. 16). |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 3, 2013, Plaintiff advised the Court that he wished to proceed on his cognizable Eighth Amendment claim against Defendant Green. (Doc. 13).  On May 8, 2013, the Court ordered Plaintiff to complete, within 30 days of the date of service of the Order, the Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a.   One completed summons for <u>each</u> defendant listed above;

   b.   One completed USM-285 form for <u>each</u> defendant listed above; and

   c.   2 copies of the endorsed.

More than 30 days have passed and Plaintiff has failed to comply with the Court's order (Doc. 15).  Without these documents, the U.S. Marshal cannot serve Plaintiff's complaint upon Defendant Green.

1

Accordingly, it is HEREBY ORDERED that **within 14 days** from the date of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order.  Alternatively, if Plaintiff chooses to proceed with this action, he SHALL **within the same 14-day period**, submit all of the above referenced documents.

**Plaintiff is advised that his failure to comply with the Court's order, will result in a recommendation that the matter be dismissed.**

IT IS SO ORDERED.

Dated:   **June 19, 2013**              /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE